724

No. 993. Otis & Co. *v.* Securities & Exchange Commission et al. June 12, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Messrs. Arthur G. Logan* and *Robert J. Bulkley* for petitioner. *Solicitor General Fahy* and *Messrs. Roger S. Foster, Homer Kripke,* and *Theodore L. Thau* for the Securities & Exchange Commission, and *Messrs. Donald R. Richberg* and *Clarence A. Southerland* for the United Light & Power Co., respondents.

No. 996. New York & Saratoga Springs Commission et al. *v.* United States. June 12, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. Nathaniel L. Goldstein,* Attorney General of New York, for petitioners. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr.,* and *Messrs. Sewall Key, J. Louis Monarch,* and *Paul R. Russell* for the United States.

٠ No. 1000. Central States Electric Co. *v.* City of Muscatine et al. June 12, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Mr. Bert L. Klooster* for petitioner. *Solicitor General Fahy, Assistant Attorney General Shea,* and *Messrs. Chester T. Lane* and *Charles V. Shannon* for the Federal Power Commission; *Mr. Matthew Westrate* for the City of Muscatine; and *Elmer E. Johnson, pro se,*— respondents.

No. 995. Schwartz *v.* Commissioner of Internal Revenue. June 12, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Mr. Arthur Rosenblum* for petitioner. *Solici-*

tor General *Fahy,* Assistant Attorney General *Samuel O. Clark, Jr.,* and Messrs. *Sewall Key, J. Louis Monarch,* and *Arnold Raum* for respondent.

No. 944. UNITED STATES *v.* STANDARD RICE CO., INC. June 12, 1944. Petition for writ of certiorari to the Court of Claims granted. *Solicitor General Fahy* for petitioner. *Mr. John C. White* for respondent.

No. 668. ESENWEIN *v.* COMMONWEALTH EX REL. ESEN-WEIN. June 12, 1944. The order of March 6, 1944, denying certiorari, 321 U. S. 782, is vacated, and the petition for writ of certiorari to the Supreme Court of Pennsylvania is granted. *Mr. Sidney J. Watts* for petitioner. *Mr. J. Thomas Hoffman* for respondent.

No. 999. WILLIAMS ET AL. *v.* NORTH CAROLINA. June 12, 1944. Petition for writ of certiorari to the Supreme Court of North Carolina granted. *Mr. W. H. Strickland* for petitioners. Messrs. *Harry McMullan,* Attorney General of North Carolina, and *Hughes J. Rhodes,* Assistant Attorney General, for respondent.

No. 1037. WILLIAMS *v.* KAISER, WARDEN. June 12, 1944. Petition for writ of certiorari to the Supreme Court of Missouri granted.

No. 922. TOMKINS *v.* MISSOURI. June 12, 1944. The order of May 29, 1944, denying certiorari, *post,* p. 758, is vacated, and the petition for writ of certiorari to the Su-